1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  MIKE IBRAHIM,                    No. 2:10-cv-01312-MCE-GGH
12         Plaintiff,
13      v.                           ORDER
14  SAXON MORTGAGE SERVICES,
    INC., et al.,
15
         Defendants.
16
17                      ----oo0oo----
18
19      In light of recent allegations of attorney identity theft
20  (ECF No. 25), both the individual Plaintiff in this matter and
21  Plaintiff's counsel of record are directed to personally appear
22  before this Court at 2:00 p.m. on Thursday, October 14, 2010, in
23  Courtroom 7 for hearing on an Order to Show Cause as to why this
24  case should not be presently dismissed.
25  ///
26  ///
27  ///
28  ///

                            1

1    The Clerk is directed to send notice of this Order by

2    conventional mail and electronic mail to the following addresses:

3    Mohamed F. Salem, NCAED
     1540 River Park Drive, Suite 210
4    Sacramento, CA 95815

5    Mohamed F. Salem
     980 N. Vernal Ave
6    Mill Valley, CA 94941

7    Mike Ibrahim
     540 North Corral Hallow Road
8    Tracy, California 95376

9    Mohamed F. Salem
     email: m.f.salem@comcast.net
10
     Mike Ibrahim
11   Email: hramcorp@gmail.com

12   David Lee Chaffin
     email: dchaffin@wrightlegal.net
13
     Eric M. Schiffer
14   email: eschiffer@schifferbuus.com

15   Leslie F. Vandale
     email: vandale@schifferbuus.com
16

17   Failure to appear by Plaintiff or Plaintiff's counsel may

18   result in the dismissal of this action without further notice.

19   IT IS SO ORDERED.

20
     Dated: September 2, 2010
21

22

23   _____
     MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE
24

25

26

27

28