UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MITRA HATEFI, | No. 2:10-cv-01312-MCE-GGH |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

In light of recent allegations of attorney identity theft (ECF No. 25), both the individual Plaintiff in this matter and Plaintiff's counsel of record are directed to personally appear before this Court at 2:00 p.m. on Thursday, October 14, 2010, in Courtroom 7 for hearing on an Order to Show Cause as to why this case should not be presently dismissed.

///
///
///
///

1

The Clerk is directed to send notice of this Order by conventional mail and electronic mail to the following addresses:

    Mohamed F. Salem, NCAED
    1540 River Park Drive, Suite 210
    Sacramento, CA 95815

    Mohamed F. Salem
    980 N. Vernal Ave
    Mill Valley, CA 94941

    Mitra Hatefi
    5320 Valparaiso Cir.
    Sacramento, CA 95841
    Tracy, California 95376

    Mohamed F. Salem
    email: m.f.salem@comcast.net

    Jeremy E. Shulman
    Email:
    jshulman@afrct.com,
    dpandy@afrct.com,
    npeters@afrct.com,
    wmutum@afrct.com

    Robin Prema Wright
    Email:
    rwright@wrightlegal.net,
    ggrant@wrightlegal.net

Failure to appear by Plaintiff or Plaintiff's counsel may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: September 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE