UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MIKE IBRAHIM,                               No. 2:10-cv-01312-MCE-GGH

      Plaintiff,

  v.                                        ORDER

SAXON MORTGAGE SERVICES, INC., et al.,

      Defendants.

----oo0oo----

The hearing on an Order to Show Cause, scheduled at 2:00 p.m. on Thursday, October 14, 2010, is continued and rescheduled for 2:00 p.m on Thursday November 18, 2010 in Courtroom 7. The individual Plaintiff in this matter is directed to personally appear before this Court at that time to demonstrate why this case should not be presently dismissed. Given the circumstances surrounding the allegations of identity theft of attorney Mohamed F. Salem (ECF No. 25), and his lack of involvement in this case, Mohamed F. Salem is NOT required to appear at the hearing.

1

1   Defendant IMPAC Funding Corp.'s Request for Telephonic
2 Appearance (ECF No. 31) to the October 14 hearing is DENIED as
3 moot.  Defendant IMPAC Funding Corp. may appear by telephone for
4 the November 18 hearing.  Counsel for the above Defendant is
5 ordered to be available telephonically at (949) 870-3289 at the
6 scheduled hearing time.
7   In addition to electronic docket filing, the Clerk is
8 directed to send notice of this Order by conventional mail and
9 electronic mail to the following addresses:
10      Mohamed F. Salem
        P.O. Box 1522
11      980 N. Vernal Ave.
        Mill Valley, CA 94941
12      email: m.f.salem@comcast.net
13      Mohamed F. Salem, NCAED
        1540 River Park Drive
14      Suite 210
        Sacramento, CA 95815
15
        Mike Ibrahim
16      540 North Corral Hallow Road
        Tracy, CA 95376
17      email: hramcorp@gmail.com
18   Failure to appear by Plaintiff may result in the dismissal
19 of this action without further notice.
20   IT IS SO ORDERED.
21
    Dated: October 13, 2010
22
23                              _____
24                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
25

2