UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MIKE IBRAHIM,

           Plaintiff,

   v.

SAXON MORTGAGE SERVICES, INC., et al.,

           Defendants.

No. 2:10-cv-01312-MCE-GGH

<u>ORDER</u>

----oo0oo----

    An Order to Show Cause Hearing was scheduled on November 18, 2010 in this Court. All parties and counsel failing to appear, the above-captioned case is hereby DISMISSED with prejudice for failure to prosecute. The Clerk is ordered to close the case.

    IT IS SO ORDERED.

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1